**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7474

JIMMY DEAN JONES,

                Petitioner - Appellant,

        v.

MICHAEL MCCALL, Warden Perry Correctional Institution,

                Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Terry L. Wooten, District Judge.
(1:09-cv-00951-TLW)

Submitted:  July 28, 2011          Decided:  August 1, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jimmy D. Jones, Appellant Pro Se.  Donald John Zelenka, Deputy
Assistant Attorney General, Alphonso Simon, Jr., Assistant
Attorney General, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Dean Jones seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Jones v. McCall</u>, No. 1:09-cv-00951-TLW (D.S.C. Sept. 21, 2010). We deny Jones' motions to appoint counsel and to supplement the motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>